01

02

03

04

05

06                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  CLAYTON E. BUTSCH,                      )
                                            )
09         Petitioner,                      )   CASE NO.    C12-0064-JLR-MAT
                                            )
10      v.                                  )
                                            )   ORDER ADDRESSING
11  RON FRAKER,                             )   PETITIONER'S PENDING MOTIONS
                                            )   AND DIRECTING RESPONDENT TO
12         Respondent.                      )   SUPPLEMENT THE RECORD
    _____)

13

14         This is a federal habeas action brought under 28 U.S.C. § 2254.  This matter comes

15  before the Court at the present time on petitioner's motion for an order directing respondent to

16  submit five relevant state court records, petitioner's motion to dismiss the "failure to object"

17  sub-claim asserted in his eleventh ground for relief, and petitioner's motion for an order

18  directing respondent to submit Exhibit 26.  The Court, having reviewed petitioner's motions,

19  all briefing thus far submitted by the parties, and the portions of the state court record thus far

20  submitted by respondent, does hereby ORDER as follows:

21         (1)     Petitioner's motion for an order directing respondent to submit five relevant

22  state court records (Dkt. No. 23) is STRICKEN.  Petitioner identifies in his motion five

ORDER RE: PETITIONER'S
PENDING MOTIONS
PAGE -1

01 documents from his state court direct appeal and collateral attack which are relevant to this

02 federal habeas proceeding but which were not submitted by respondent in conjunction with his

03 answer to the petition.   Respondent, in his response to petitioner's motion, indicates that he has

04 now supplemented the record with four of the five documents identified by petitioner.

05 Respondent notes that the remaining document is already a part of the record.   A review of the

06 record confirms that the five documents identified by petitioner in his motion are now a part of

07 the record.   Petitioner's motion is therefore moot.

08        (2)     Petitioner's motion to dismiss the "failure to object" sub-claim asserted in his

09 eleventh ground for relief (Dkt. No. 24) is GRANTED.   Petitioner concedes, as argued by

10 respondent in his answer to the petition, that this sub-claim has not been properly exhausted.

11        (3)     Petitioner's motion for an order directing respondent to submit Exhibit 26 (Dkt.

12 No. 31) is GRANTED.   Petitioner requests in the instant motion that respondent's counsel be

13 ordered to submit to the Court, and to serve on petitioner, a copy of Exhibit 26 which petitioner

14 asserts was missing from the materials provided by respondent in support of his answer to the

15 petition.   Respondent, in his response to petitioner's motion, maintains that the exhibit was

16 previously provided to petitioner and to the Court.   Respondent indicates, however, that he

17 nonetheless sent an additional copy of the exhibit to petitioner as a courtesy.   Respondent

18 further indicates that he did not send a duplicative copy of the exhibit to the Court because he

19 believed it was unnecessary to do so.

20      In fact, a review of respondent's exhibits reveals that Exhibit 26 is also missing from the

21 Court's copy of the state court record.   Thus, respondent is directed to provide the Court with a

22 copy of that exhibit not later than *November 16, 2012*.

ORDER RE: PETITIONER'S
PENDING MOTIONS
PAGE -2

01       (4)     Finally, a review of the state court record thus far submitted by respondent

02  reveals that respondent has not provided a copy of the trial transcript for the Court's review.

03  The Court deems it necessary to obtain a copy of the trial transcript before proceeding to

04  disposition of the petition.   Accordingly, respondent is directed to supplement the record with

05  a copy of the complete trial transcript not later than *November 16, 2012*.

06       (5)     Petitioner's federal habeas petition (Dkt. No. 8) is RE-NOTED on the Court's

07  calendar for consideration on *November 16, 2012*.

08       (6)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

09  respondent, and to the Honorable James L. Robart.

10       DATED this <u>30th</u> day of October, 2012.

11

12                       Mary Alice Theiler

13                       United States Magistrate Judge

14

15

16

17

18

19

20

21

22

ORDER RE: PETITIONER'S
PENDING MOTIONS
PAGE -3