01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  CLAYTON E. BUTSCH,                )
                                      )
09      Petitioner,                   )   CASE NO.    C12-0064-JLR-MAT
                                      )
10      v.                            )
                                      )   ORDER ADDRESSING
11  RON FRAKER,                       )   PETITIONER'S PENDING MOTIONS
                                      )   AND DIRECTING RESPONDENT TO
12      Respondent.                   )   SUPPLEMENT THE RECORD
    _____ )
13

14      This is a federal habeas action brought under 28 U.S.C. § 2254.  This matter comes

15 before the Court at the present time on petitioner's motion for an order directing respondent to

16 submit five relevant state court records, petitioner's motion to dismiss the "failure to object"

17 sub-claim asserted in his eleventh ground for relief, and petitioner's motion for an order

18 directing respondent to submit Exhibit 26.  The Court, having reviewed petitioner's motions,

19 all briefing thus far submitted by the parties, and the portions of the state court record thus far

20 submitted by respondent, does hereby ORDER as follows:

21      (1)     Petitioner's motion for an order directing respondent to submit five relevant

22 state court records (Dkt. No. 23) is STRICKEN.  Petitioner identifies in his motion five

documents from his state court direct appeal and collateral attack which are relevant to this federal habeas proceeding but which were not submitted by respondent in conjunction with his answer to the petition. Respondent, in his response to petitioner's motion, indicates that he has now supplemented the record with four of the five documents identified by petitioner. Respondent notes that the remaining document is already a part of the record. A review of the record confirms that the five documents identified by petitioner in his motion are now a part of the record. Petitioner's motion is therefore moot.

(2)   Petitioner's motion to dismiss the "failure to object" sub-claim asserted in his eleventh ground for relief (Dkt. No. 24) is GRANTED. Petitioner concedes, as argued by respondent in his answer to the petition, that this sub-claim has not been properly exhausted.

(3)   Petitioner's motion for an order directing respondent to submit Exhibit 26 (Dkt. No. 31) is GRANTED. Petitioner requests in the instant motion that respondent's counsel be ordered to submit to the Court, and to serve on petitioner, a copy of Exhibit 26 which petitioner asserts was missing from the materials provided by respondent in support of his answer to the petition. Respondent, in his response to petitioner's motion, maintains that the exhibit was previously provided to petitioner and to the Court. Respondent indicates, however, that he nonetheless sent an additional copy of the exhibit to petitioner as a courtesy. Respondent further indicates that he did not send a duplicative copy of the exhibit to the Court because he believed it was unnecessary to do so.

In fact, a review of respondent's exhibits reveals that Exhibit 26 is also missing from the Court's copy of the state court record. Thus, respondent is directed to provide the Court with a copy of that exhibit not later than *November 16, 2012*.

(4)   Finally, a review of the state court record thus far submitted by respondent reveals that respondent has not provided a copy of the trial transcript for the Court's review. The Court deems it necessary to obtain a copy of the trial transcript before proceeding to disposition of the petition. Accordingly, respondent is directed to supplement the record with a copy of the complete trial transcript not later than *November 16, 2012*.

(5)   Petitioner's federal habeas petition (Dkt. No. 8) is RE-NOTED on the Court's calendar for consideration on *November 16, 2012*.

(6)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James L. Robart.

DATED this 30th day of October, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge